IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH C. WELLS,

     Petitioner,                    No. CIV S-10-3244 MCE EFB P

     vs.

GARY SWARTHOUT,

     Respondent.               ORDER

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

        Petitioner has also filed a motion to proceed in forma pauperis. The court already granted his earlier request to proceed in forma pauperis and the request will be denied as unnecessary.

////

Accordingly, it is hereby ORDERED that:

1. Petitioner's February 16, 2011 request for appointment of counsel is denied without prejudice; and

2. Petitioner's February 16, 2011 motion to proceed in forma pauperis is denied as unnecessary.

DATED: March 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE